UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-1084 DSF (JCGx) | Date | 2/28/12 |
| Title | Bank of America v. Columbia Bank | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction

"Federal courts are courts of limited jurisdiction" and "possess only that power authorized by [the] Constitution and statute . . . ." <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375, 377 (1994). The party asserting federal jurisdiction has the burden to prove that jurisdiction exists. <u>Lewis v. Verizon Commc'ns, Inc.</u>, 627 F.3d 395, 399 (9th Cir. 2010).

Plaintiff claims that the Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 2201-2240 and 28 U.S.C. § 1332, otherwise known as diversity jurisdiction. (Compl. ¶¶ 1-2.) The Declaratory Judgment Act does not provide courts with jurisdiction. <u>Skelly Oil Co.v. Phillips Petroleum Co.</u>, 70 S. Ct. 876, 879 (1950). Federal courts have diversity jurisdiction over civil actions in which: (1) the amount in controversy exceeds $75,000; and (2) there is complete diversity of citizenship between the opposing parties. 28 U.S.C. § 1332(a). Complete diversity is not established because Plaintiff fails to properly allege the citizenship of both parties.

A national bank is a citizen of the state in which its main office is located, as indicated by the bank's articles of association. <u>Wachovia Bank v. Schmidt</u>, 546 U.S. 303, 318 (2006). Plaintiff alleges only the principal place of business for both parties, and fails to allege the state in which both parties' main office is located, as indicated by the respective parties' articles of association. (Compl. ¶ 4-5.) Therefore, complete diversity cannot be determined.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Because Plaintiff does not adequately allege the citizenship of both parties, the Court orders Plaintiff to show cause in writing on or before March 7, 2012 why this action should not be dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.